AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gritzner, James E. | U.S. District Court SDIA | 05/11/2010 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active | ☐ Nomination, Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2009<br>to<br>12/31/2009 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. Courthouse<br>123 East Walnut Street<br>Des Moines, Iowa 50309 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Gritzner, James E.

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 05/11/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 05/11/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE. *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| # | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1. | Brokerage Acct. #1 | | | | | | | |
| 2. | -USB Cash Reserves Fund | A | Dividend | J | T | | | |
| 3. | -Columbia Acorn Tr. Fd. A | B | Dividend | K | T | Sold (part) | 3/12/09 | J |
| 4. | | | | | | Sold (part) | 9/8/09 | J |
| 5. | | | | | | Sold (part) | 11/17/09 | J |
| 6. | -Euro Pac Growth Fd. Cl. F | A | Dividend | J | T | | | |
| 7. | -Ishares Tr S&P 500 Index | A | Dividend | | | Sold | 3/12/09 | K |
| 8. | -1st Eagle Global Fd | A | Dividend | J | T | | | |
| 9. | -Ivy Asset Strategy | A | Dividend | J | T | Buy | 3/12/09 | K |
| 10. | IRA #1 | D | Dividend | N | T | | | |
| 11. | -USB Liquid Assets Fd | | | | | | | |
| 12. | -Alliance Bernstein Int'l Val A | | | | | Sold | 3/13/09 | K |
| 13. | -Alliance Bernstein Sm/Md Value | | | | | | | |
| 14. | -American Funds Capital World Growth & Inc. | | | | | | | |
| 15. | -American Funds Euro Pac Growth Fd Cl F | | | | | | | |
| 16. | -Fidelity New Insights Fd A | | | | | Buy (add'l) | 3/18/09 | K |
| 17. | -Fidelity Adv Midcap | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -1st Eagle Global Fd | | | | | Buy (add'l) | 3/18/09 | K | | |
| 19.  -Franklin Templeton Mut Ser Fd Cl A | | | | | | | | | |
| 20.  -Franklin Value Invs Tr | | | | | | | | | |
| 21.  -MFS Ser Tr Ix Research A | | | | | | | | | |
| 22.  -Black Rock Global Allocation Fd | | | K | T | Buy | 3/13/09 | K | | |
| 23. | | | | | Buy (add'l) | 3/18/09 | K | | |
| 24.  -Fidelity Strategic Inc | | | | | Buy | 3/18/09 | K | | |
| 25.  -Loomis Sayles Bond | | | | | Buy | 3/16/09 | K | | |
| 26.  -TCW Galileo Total Return Bond | | | | | Buy | 3/16/09 | K | | |
| 27.  IRA #2 | A | Dividend | J | T | | | | | |
| 28.  -USB Cash Reserves Fd | | | | | | | | | |
| 29.  -Agilent Technologies Inc. | | | | | Sold | 3/13/09 | J | | |
| 30.  -Aetna Inc New | | | | | Buy (add'l) | 3/11/09 | J | | |
| 31. | | | | | Sold | 3/13/09 | J | A | |
| 32.  -AIG | | | | | | | | | |
| 33.  -Altria | | | | | Sold | 1/30/09 | J | A | |
| 34.  -Anglogold | | | | | Sold | 3/13/09 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. -AON Corp | | | | | Sold | 3/13/09 | J | A | |
| 36. -Apache Corp | | | | | Sold | 3/13/09 | J | | |
| 37. -Bank of America | | | | | | | | | |
| 38. -Barrick Gold Corp | | | | | Sold (part) | 1/6/09 | J | A | |
| 39. | | | | | Sold | 3/13/09 | J | A | |
| 40. -Burlington Resources Inc. | | | | | | | | | |
| 41. -CBS Corp New Cl B | | | | | | | | | |
| 42. -Clear Channel | | | | | | | | | |
| 43. -Comcast Corp Cl A | | | | | Sold | 3/13/09 | J | | |
| 44. -Computer Assoc Int'l Inc. | | | | | Sold | 3/13/09 | J | | |
| 45. -ConocoPhillips | | | | | Sold | 3/13/09 | J | | |
| 46. -Countrywide | | | | | | | | | |
| 47. -Delphi Corp | | | | | | | | | |
| 48. -Discovery Hldg Co Ser A | | | | | | | | | |
| 49. -Dominion Res Inc VA New | | | | | | | | | |
| 50. -EOG Resources | | | | | Sold | 3/13/09 | J | | |
| 51. -Freescale Semiconductor B | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   -Genworth Financial Cl A | | | | | Sold | 3/13/09 | J | | |
| 53.   -Halliburton | | | | | Sold | 3/13/09 | J | | |
| 54.   -Hartford Finl Svcs Group | | | | | Sold | 3/13/09 | J | | |
| 55.   -Hess Corp | | | | | Sold | 3/13/09 | J | | |
| 56.   -Illinois Tools | | | | | Sold | 3/13/09 | J | | |
| 57.   -Ingersoll Rand Co Ltd A | | | | | Sold | 3/13/09 | J | | |
| 58.   -JPMorgan Chase & Co | | | | | Sold | 3/13/09 | J | | |
| 59.   -Kerr-McGee Corp | | | | | | | | | |
| 60.   -Kimberly-Clark Corp | | | | | Sold | 3/13/09 | J | | |
| 61.   -Kraft Foods | | | | | Sold | 3/13/09 | J | | |
| 62.   -Liberty Media Corp A New | | | | | | | | | |
| 63.   -Lockheed Martin Corp | | | | | Sold | 3/13/09 | J | A | |
| 64.   -Loews | | | | | Sold | 3/13/09 | J | | |
| 65.   -MGIC Invt Corp | | | | | Sold | 3/13/09 | J | | |
| 66.   -Merck | | | | | Sold | 3/13/09 | J | | |
| 67.   -MetLife | | | | | | | | | |
| 68.   -Microsoft Corp | | | | | Sold | 3/13/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Motorola Incorporated | | | | | Buy (add'l) | 2/13/09 | J | | |
| 70. | | | | | Sold | 3/13/09 | J | | |
| 71. -Noble Energy Inc. | | | | | Sold | 3/13/09 | J | A | |
| 72. -Northrup Grumman Corp | | | | | | | | | |
| 73. -NGR Energy | | | | | Sold | 3/13/09 | J | | |
| 74. -Philip Morris | | | | | Sold | 3/13/09 | J | | |
| 75. -Pitney Bowes Inc | | | | | Sold | 3/13/09 | J | | |
| 76. -Posco Spons Adr | | | | | | | | | |
| 77. -Raytheon Co New | | | | | Sold | 3/13/09 | J | A | |
| 78. -Rio Tinto Plc Spons Adr | | | | | | | | | |
| 79. -Safeway Inc New | | | | | | | | | |
| 80. -Sanofi-Aventis | | | | | Sold | 3/13/09 | J | | |
| 81. -Talisman | | | | | Sold | 3/13/09 | J | | |
| 82. -Transocean | | | | | | | | | |
| 83. -Union Pacific Corp | | | | | Sold | 3/13/09 | J | A | |
| 84. -US Steel | | | | | Sold | 3/13/09 | J | | |
| 85. -Viacom Inc Cl B | | | | | Sold | 3/13/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. IRA #3 | A | Dividend | J | T | | | | | |
| 87. -USB Cash Reserves Fund | | | | | | | | | |
| 88. -Abbott Labs | | | | | Sold | 3/13/09 | J | A | |
| 89. -Aflac Inc | | . | | | | . | | | |
| 90. -AMEX | | | | | Sold | 3/13/09 | J | | |
| 91. -Amgen Inc | | | | | | | | | |
| 92. -Anheuser Busch Cos Inc | | | | | | | | | |
| 93. -AON Corp | | | | | | | | | |
| 94. -Apache | | | | | Sold | 3/13/09 | J | | |
| 95. -Apple Computer | | | | | Sold | 3/13/09 | J | | |
| 96. -ArcherDanielsMidland | | | | | Sold | 3/13/09 | J | | |
| 97. -Baker Hughes Inc | | | | | Sold | 1/30/09 | J | | |
| 98. -Bank of New York | | | | | | | | | |
| 99. -Baxter Int'l | | | | | Sold | 3/13/09 | J | A | |
| 100. -Bed Bath & Beyond Inc | | | | | | | | | |
| 101. -BHP Billiton | | | | | Sold | 3/13/09 | J | | |
| 102. -Carnival Corp | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | | | | | (5) |
|---|---|---|---|---|---|
| 103. -Celgene | | Sold | 3/13/09 | J | |
| 104. -Chicos Fas | | | | | |
| 105. -Cisco Systems Inc | | Sold | 3/13/09 | J | |
| 106. -Citadel Broadcasting | | | | | |
| 107. -Citigroup Inc | | | | | |
| 108. -Coach | | Sold | 3/13/09 | J | |
| 109. -Colgate-Palmolive co | | | | | |
| 110. -Costco Whsl | | | | | |
| 111. -Danaher | | | | | |
| 112. -Davita Inc | | | | | |
| 113. -Disney Walt Company | | Sold | 3/13/09 | J | |
| 114. -Electronic Arts | | Sold | 2/4/09 | J | |
| 115. -EMC Corp | | | | | |
| 116. -Emerson Electric Co | | Sold | 3/13/09 | J | |
| 117. -First Data Corp | | | | | |
| 118. -Gannett Co Inc | | | | A | |
| 119. -Genentech | | Sold | 3/13/09 | J | A |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

|  |  |  | (Q-W) |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|
| 120. -General Electric Co |  |  |  | Sold | 3/13/09 | J |  |  |  |
| 121. -Gilead Sciences |  |  |  | Sold (part) | 1/30/09 | J |  |  |  |
| 122. |  |  |  | Sold | 3/13/09 | J | A |  |  |
| 123. -Goldman Sachs |  |  |  |  |  |  |  |  |  |
| 124. -Harley Davidson Inc |  |  |  |  |  |  |  |  |  |
| 125. -Honeywell Intl Inc |  |  |  |  |  |  |  |  |  |
| 126. -Illinois Tool Works Inc |  |  |  |  |  |  |  |  |  |
| 127. -Intel Corp |  |  |  | Sold | 3/13/09 | J |  |  |  |
| 128. -Intl Business Mach Corp |  |  |  | Sold | 3/13/09 | J |  |  |  |
| 129. -ITT Corp |  |  |  | Sold | 3/13/09 | J |  |  |  |
| 130. -Johnson & Johnson |  |  |  |  |  |  |  |  |  |
| 131. -Kohls Corp |  |  |  | Sold | 3/13/09 | J |  |  |  |
| 132. -Lauder Estee |  |  |  | Sold | 3/13/09 | J |  |  |  |
| 133. -Lilly Eli & Co. |  |  |  |  |  |  |  |  |  |
| 134. -Linear Technology Group |  |  |  |  |  |  |  |  |  |
| 135. -Lowes Companies Inc |  |  |  |  |  |  |  |  |  |
| 136. -MBNA Corp |  |  |  |  |  |  |  |  |  |

1. Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15.001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -McGraw Hill | | | | | Sold | 3/13/09 | J | | |
| 138. -Medco Health Solutions | | | | | | | | | |
| 139. -Medtronic Inc | | | | | | | | | |
| 140. -Microsoft Corp | | | | | Sold | 3/13/09 | J | | |
| 141. -Monsanto | | | | | Sold | 3/13/09 | J | | |
| 142. -Nike Inc | | | | | Sold | 3/13/09 | J | | |
| 143. -Nokia Corp | | | | | Sold | 3/13/09 | J | | |
| 144. -Northern Trust | | | | | | | | | |
| 145. -Omnicom Group Inc | | | | | | | | | |
| 146. -Oracle Corp | | | | | Sold | 3/13/09 | J | | |
| 147. -Pepsico Incorporated | | | | | Sold | 3/13/09 | J | | |
| 148. -Pfizer Incorporated | | | | | | | | | |
| 149. -Proctor & Gamble | | | | | Sold | 3/13/09 | J | | |
| 150. -Qualcomm Inc | | | | | Sold | 3/13/09 | J | | |
| 151. -Rockwell Automation | | | | | Sold | 3/13/09 | J | | |
| 152. -SLM Corp | | | | | | | | | |
| 153. -Staples | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | HI =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Starbucks Corporation | | | | | | | | | |
| 155. -State Street | | | | | Sold | 3/13/09 | J | | |
| 156. -Stryker Corp | | | | | | | | | |
| 157. -Sysco Corporation | | | | | | | | | |
| 158. -Target Corp | | | | | | | | | |
| 159. -Textron | | | | | Sold | 2/4/09 | J | | |
| 160. -Thermo Fisher | | | | | Sold | 3/13/09 | J | | |
| 161. -Total SA Spons ADR | | | | | Sold | 3/13/09 | J | | |
| 162. -UPS | | | | | | | | | |
| 163. -United Technologies Corp | | | | | Sold | 3/13/09 | J | | |
| 164. -United Health Group Inc | | | | | | | | | |
| 165. -Walgreen | | | | | Sold | 3/13/09 | J | | |
| 166. -XTO Energy | | | | | Sold | 3/13/09 | J | | |
| 167. -Zimmer Holdings Inc | | | | | Sold | 2/9/09 | J | | |
| 168. -Zions Bancorp | | | | | | | | | |
| 169. -St. Jude Medical | | | | | Buy | 2/9/09 | J | | |
| 170. | | | | | Sold | 3/13/09 | J | | |

1. Income Gain Codes:            A =$1,000 or less          B =$1,001 - $2,500         C =$2,501 - $5,000         D =$5,001 - $15,000         E =$15,001 - $50,000
    (See Columns B1 and D4)    F =$50,001 - $100,000      G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes                    J =$15,000 or less         K =$15,001 - $50,000       L =$50,001 - $100,000      M =$100,001 - $250,000
    (See Columns C1 and D3)    N =$250,001 - $500,000     O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                                          P3 =$25,000,001 - $50,000,000                          P4 =More than $50,000,000
3. Value Method Codes          Q =Appraisal               R =Cost (Real Estate Only)   S =Assessment             T =Cash Market
    (See Column C2)             U =Book Value              V =Other                   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -Union Pacific | | | | | Buy | 2/24/09 | J | | |
| 172. | | | | | Sold | 3/13/09 | J | | |
| 173. -Western Union | | | | | Buy | 1/30/09 | J | | |
| 174. | | | | | Sold | 3/13/09 | J | | |
| 175. Brokerage Acct. #2 | D | Dividend | M | T | | | | | |
| 176. -USB Bank Dep Acct | A | Dividend | J | T | | | | | |
| 177. -GE Money Bank CD | A | Interest | | | Redeemed | 4/2/09 | K | | |
| 178. -Compass Bank CD | B | Interest | | | Redeemed | 6/24/09 | K | | |
| 179. -Goldman Sachs CD | A | Interest | | | Redeemed | 7/8/2009 | K | | |
| 180. -Capital One CD | A | Interest | | | Redeemed | 10/8/200 | K | | |
| 181. -Legg Mason Short Duration Muni Income Fd | A | Dividend | L | T | Sold (part) | 8/26/09 | J | A | |
| 182. -Legg Mason Intermediate Term Fd | A | Dividend | K | T | | | | | |
| 183. West Des Moines State Bank | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 05/11/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Sig

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FA                          IVIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544